UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. TREON,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS.,<br><br>    Respondent. | Case No. 1:25-cv-00279-HBK (HC)<br><br>ORDER CONSTRUING PETITION AS MOTION TO AMEND PETITION IN CASE NO. 1:25-cv-00122-HBK<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE INSTANT PETITION AS MOTION TO AMEND IN CASE NO. 1:25-cv-00122-HBK<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE |

    Petitioner Raymond A. Treon, a federal prisoner proceeding pro se, filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 3, 2025 in the Eastern District of Missouri. (Doc. No. 1, "Petition"). Subsequently, the case was transferred to the Eastern District of California. (Doc. Nos. 3, 4). The Court takes judicial notice of its own files, which reveal that Petitioner had previously filed a federal petition in this court challenging the same sentence at case number 1:25-cv-00122-HBK.

    In *Woods v. Carey*, the Ninth Circuit held that, under certain circumstances, if a pro se petitioner files a habeas petition during the pendency of a previous petition, the district court should construe the second petition as a motion to amend the previous petition. 525 F.3d 886, 889-90 (9th Cir. 2008). Hence, *Woods* appears to require a district court to construe a "second or

successive" petition filed while an earlier petition is still pending in the district court as a motion to amend the earlier petition.

Because Petitioner has a pending federal habeas petition at case number 1:25-cv-00122-HBK, which challenges the same sentence as in this case, the Court must construe this Petition as a motion to amend the earlier-filed petition. *See Id.* at 889-90.

Accordingly, it is **ORDERED**:

1. The Court construes the Petition (Doc. No. 1) as a motion to amend the petition in case number 1:25-cv-00122-HBK.
2. The Clerk of Court is DIRECTED to docket the Petition in this case (Doc. No. 1) as a "Petitioner's Motion to Amend" in case number 1:25-cv-00122-HBK.
3. Respondent's motion to dismiss and motion to vacate (Doc. No. 9) is MOOT.
4. The Clerk of Court is directed to close this case.

Dated:   May 8, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE